**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00410-CR

**REYES DAVID GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70522-S**

## ORDER

By order dated August 30, 2018, we struck appellant's *Anders* brief because he used the name of the victim. We ordered appellant to file, by September 10, 2018, an amended *Anders* brief that identifies the victim and any other child under the age of eighteen either generically ("victim" or "complaining witness") or by initials only. To date, appellant has not complied with this Court's order.

In addition, our records do not show that counsel filed a corresponding motion to withdraw as counsel along with the *Anders* brief. Accordingly, we **ORDER** Sharita Williams Blacknall to file, within **TEN DAYS** of the date of this order, an amended *Anders* brief that identifies the victim and any other child under the age of eighteen either generically ("victim" or

"complaining witness") or by initials only along with a corresponding motion to withdraw as counsel.

We **DIRECT** the Clerk to send copies of this order to Sharita Williams Blacknall and the Dallas County District Attorney's Office.

/s/  LANA MYERS
    JUSTICE